**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| THE PEOPLE OF GUAM<br><br>                    Plaintiff,<br><br>vs.<br><br>**DANIEL CLINTON QUINATA FEJERANG,**<br>(aka Daniel Quinata Fejerang,<br>aka Daniel Clinton Fejerang)<br><br>                    Defendant. | CRIMINAL CASE NO.: **CM0394-23**<br><br>**DECISION AND ORDER VACATING TRIAL AND SENTENCING AND DISMISSING WITH PREJUDICE** |

This matter came before the Honorable John C. Terlaje on a Status Hearing following the July 24, 2025 Forensic Evaluation of Defendant Daniel Fejerang. Present at the Hearing were Assistant Attorney General John David Griffin on behalf of the People of Guam, and Attorney William Bischoff on behalf of the Defendant. Defendant Fejerang was also present at the hearing, although he had been absent at the last several hearings. The Court had previously issued an order requesting a Forensic Evaluation to determine whether the Defendant is presently competent. It is the Court's belief that under 9 GCA § 7.37, Defendant cannot be "proceeded against" while incompetent. Therefore, the Court ordered a Forensic Evaluation to determine Defendant's current ability to participate in proceedings to determine whether a meaningful retrospective competency hearing was possible.

Upon information received in the Forensic Evaluation, it is found that Mr. Fejerang is not presently competent. The Forensic Evaluation further concluded that Defendant lacked

substantial capacity to understand his conduct was wrongful at the time of the conduct. Based on these conclusions, the Court determined it was necessary to vacate the Defendant's trial and sentence. Upon discussion in the Status Hearing, the parties stipulated to dismissal with prejudice of this case, and Assistant Attorney General Griffin waived signature for the Office of the Attorney General. The Court therefore **VACATES** the trial and sentence, and **ORDERS** the case dismissed with prejudice.

**SO ORDERED** this _____August 5_____, 2025.


_____
**HON. JOHN C. TERLAJE**
**Judge, Superior Court of Guam**